**Michael S. Barefield SR. 2938173**
Name and Prisoner/Booking Number

**Sacramento County Jail**
Place of Confinement

**651 I st 4E308**
Mailing Address

**Sac CA 95814**
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED
JAN 10 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

**Michael S. Barefield SR.**,  )
(Full Name of Plaintiff)       )
                    Plaintiff, )
                               )
            v.                 )  CASE NO. __2:19-cv-0072 AC (PC)__
                               )          (To be supplied by the Clerk)
(1) **Kathryn Gonzales LVN**,  )
(Full Name of Defendant)       )
(2) **Nancy Galliger**,        )
                               )  **CIVIL RIGHTS COMPLAINT**
(3) **Kelly Clark**,           )  **BY A PRISONER**
                               )
(4) **Anne Marie Schubert**,   )  **Jury Trial Demanded**
                               )  ☒ Original Complaint
                  Defendant(s).)  ☐ First Amended Complaint
☒ Check if there are additional Defendants and attach page 1-A listing them.  )  ☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
    ☐ Other: _____

2. Institution/city where violation occurred: **Sacramento County Jail**

Additional Defendants attachment page 1-A

(5) Sacramento County Sheriffs Dept.
(6) Sac County Sheriff's Dept. Correctional Health Services
(7) Sac County Sheriff, Scott Jones
(8) DOES 1-25 Inclusive

1-A

## B. DEFENDANTS

1. Name of first Defendant: __Kathryn Gonzalez__. The first Defendant is employed as: __Patient Grievance Coordinator LVN__ at __Correctional Health Services, SSD__
   (Position and Title) (Institution)

2. Name of second Defendant: __Nancy Galliger__. The second Defendant is employed as: __Nurse Case Manager__ at __Correctional Health Services, SSD__
   (Position and Title) (Institution)

3. Name of third Defendant: __Kelly Clark__. The third Defendant is employed as: __Deputy District Attorney__ at __Sacramento County District Attorney__
   (Position and Title) (Institution)

4. Name of fourth Defendant: __Anne Marie Schubert__. The fourth Defendant is employed as: __District Attorney__ at __Sacramento County District Attorney__
   (Position and Title) (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: The 8th Amendment, Cruel and Unusual punishments, The 5th Amendment.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On July 17th 2018 my attorney set a motion for bail reduction hearing. Previously, the Judge ordered me to be seen by the medical staff (SSD) by July 13 2018. They didn't do it. Kelly Clark argued I had an appointment on July 19 2018. However, It wasn't scheduled. My motion was denied.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I have been waiting for medical to treat my health issues and am stressed and depressed that I may never be the same.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. The time to appeal had lapsed BEFORE I received my grievance back.

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: <u>Deliberate Indifference, The 5th Amendment, The 8th Amendment, The 14th Amendment</u>.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: ____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I am currently prescribed 9 different medications 2x a day. I have complained the meds are making me dizzy, heart fluttering, and blood in my throat. I have asked to have the surgery to correct my prostate problem rather than continue to take multipul meds.

   Also, 1 of the meds I have been perscribed and forced to take over the amount the maker of the perscription allows. (Tamsulosin)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I am scared I might die being over medicated. Also I was never told of the side effects of any medication so I have no clue what it is doing to my body.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. My time to appeal had lapsed Before I received my grievance back!

4

## E. REQUEST FOR RELIEF

State the relief you are seeking:
Monitary compensation for punitive and compensatory damages in the amount of $3 million dollars

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1/5/19__
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6