UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S. BAREFIELD, SR., <br><br>Plaintiff, <br><br>v. <br><br>KATHRYN GONZALEZ, et al., <br><br>Defendants. | No. 2:19-cv-0072 AC P <br><br><br>ORDER |

Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. There are two problems with the in forma pauperis application. First, the Certificate portion of the form – which must be completed by an authorized official at plaintiff's place of incarceration – has not been filled out. Second, plaintiff has not submitted a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a fully completed in forma pauperis application and a certified copy of his trust account statement for the relevant period.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall, within thirty days after the filing date of this order, submit to the court:

    a. A completed application in support of his request to proceed in forma pauperis, on the form provided herewith by the Clerk of Court, that includes completion of the Certificate portion of the affidavit by an authorized official at plaintiff's place of incarceration; and

    b. A certified copy of plaintiff's jail trust account statement for the six-month period immediately preceding the filing of his complaint.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

3. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: January 15, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE