UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S. BAREFIELD, SR., <br><br> Plaintiff, <br><br> v. <br><br> KATHRYN GONZALEZ, et al., <br><br> Defendants. | No. 2:19-cv-0072 TLN AC P <br><br><br> FINDINGS AND RECOMMENDATIONS |

By order filed May 30, 2019, plaintiff's complaint was dismissed with leave to file an amended complaint within thirty days. ECF No. 9. Due to plaintiff's change of address to San Quentin State Prison, the order was re-served on plaintiff at his new (and current) address on June 3 and June 18, 2019. More than thirty days have passed since the latest re-service of the court's order. Plaintiff has not filed an amended complaint or otherwise communicated with the court. It appears that plaintiff has abandoned this case.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for lack of prosecution. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned

"Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: July 29, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE