UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S. BAREFIELD, SR., | No. 2:19-cv-00072-TLN-AC |
| Plaintiff, | |
| v. | ORDER |
| KATHRYN GONZALEZ, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 30, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 9.) The findings and recommendations were thereafter re-served on Plaintiff at his current address. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed May 30, 2019, are adopted in full;

2. Defendants Sacramento County District Attorney Anne Marie Shubert, Sacramento County Deputy District Attorney Kelly Clark, Sacramento Sheriff Scott Jones, The Sacramento County Sheriff's Department, the Sacramento County Sheriff's Department Correctional Health Services (CHS), and putative defendant Sacramento Count County, are dismissed from this action without leave to amend; and

3. Defendants "Doe 1-25 Inclusive" are dismissed form this action with leave to amend.

Dated: August 1, 2019

Troy L. Nunley
United States District Judge